LAW OFFICES OF MARK WRAY
Mark Wray
608 Lander Street
Reno, Nevada 89509
Telephone: 775.348.8877

BERNSTEIN LIEBHARD LLP
Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY 10016
Telephone: 212.779.1414

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE SZYMBORSKI, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br>vs.<br><br>ORMAT TECHNOLOGIES, INC., YEHUDIT BRONICKI, JOSEPH TENNE,<br><br>    Defendants. | CASE NO.: 3:10-CV-00132-ECR-RAM<br><br>NOTICE OF MOTION OF JIANXUN DONG, GEORGE UMINO, AND THE A.R.D. INVESTMENT, CLUB, L.P. TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFFS, AND FOR APPROVAL OF THEIR CHOICE OF COUNSEL |

30818v1

| | |
|---|---|
| PAUL STEBELTON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORMAT TECHNOLOGIES, INC., JOSEPH TENNE, YEHUDI BRONICKI, YORAM BRONICKI, LUCIEN Y. BRONICKI, DAN FALK, JACOB J. WORENKLEIN, ROGER W. GALE, ROBERT F. CLARKE,<br><br>Defendants. | **CASE NO.: 3:10-CV-00156-ECR-RAM** |
| JOHN J. CURTIS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORMAT TECHNOLOGIES, INC., JOSEPH TENNE, YEHUDI BRONICKI,<br><br>Defendants. | **CASE NO.: 3:10-CV-00198-ECR-RAM** |

30548v1

PLEASE TAKE NOTICE that class members Jianxun Dong, George Umino, and the A.R.D. Investment Club, L.P. ("Movants") hereby move this Court pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, at the United States District Court for the District of Nevada, located at 400 S. Virginia St., Reno, Nevada , before the Honorable Edward C. Reed, Jr., on a date and time to be set, for an Order: (a) consolidating the related cases; (b) appointing Movants to serve as lead plaintiffs; and (c) approving Movants' choice of counsel.  In support of their motion, Movants submit:  (a) a Memorandum of Law, dated May 10, 2010; (b) a Declaration of Joseph R. Seidman, Jr. dated May 10, 2010; and (c) a (Proposed) Order granting Movants' motion for consolidation of related cases, appointment as lead plaintiffs, and approval of choice of counsel.

DATED:  May 10, 2010           Respectfully submitted,

/s/ MARK WRAY
_____
**LAW OFFICES OF MARK WRAY**
Mark Wray
608 Lander Street
Reno, Nevada  89509
Telephone: 775.348.8877

**Liasion Counsel for Movants**

**BERNSTEIN LIEBHARD LLP**
Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY  10016
Telephone: 212.779.1414
Facsimile:  212.779.3218

8983v1

1
2
3       **GLANCY BINKOW & GOLDBERG LLP**
4       Lionel Z. Glancy
        Michael Goldberg
5       1801 Avenue of the Stars, Suite 311
        Los Angeles, CA  90067
6       Telephone:  310.201.9150
        Facsimile:  310.201.9160
7
8
        **Counsel for Movants and Proposed Co-Lead Counsel for the Class**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served on May 10, 2010 via electronic mail pursuant to the CM/ECF system to each of the interested parties as follows:

Curtis B. Coulter
Irene@coulterlaw.com

Matthew B. Hippler
mhippler@hollandhart.com

David O'Mara
david@omaralaw.net

Bruce G. Vanyo
bruce@kattenlaw.com

Richard Zelichov
Richard.zelichov.@kattenlaw.com

Tamara Jankovic
tjankovic@hollandhart.com

/S/ MARK WRAY
_____
MARK WRAY

8983v1

3