**LAW OFFICES OF MARK WRAY**
Mark Wray
608 Lander Street
Reno, Nevada  89509
Telephone: 775.348.8877

**BERNSTEIN LIEBHARD LLP**
Sandy A. Liebhard
U. Seth Ottensoser
Joseph R. Seidman, Jr.
10 E. 40th Street
New York, NY  10016
Telephone:  212.779.1414

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, CA  90067
Telephone:  310.201.9150

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WAYNE SZYMBORSKI, On Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br>       vs.<br><br>ORMAT TECHNOLOGIES, INC., YEHUDIT BRONICKI, JOSEPH TENNE,<br><br>         Defendants. | **CASE NO.:  3:10-CV-00132-ECR-RAM**<br><br>**DECLARATION OF JOSEPH R. SEIDMAN, JR. IN SUPPORT OF JIANXUN DONG, GEORGE UMINO, AND THE A.R.D. INVESTMENT CLUB, L.P.'S MOTION TO CONSOLIDATE RELATED CASES, BE APPOINTED AS LEAD PLAINTIFFS, AND FOR APPROVAL OF THEIR CHOICE OF COUNSEL** |

30548v1

| | |
|---|---|
| PAUL STEBELTON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORMAT TECHNOLOGIES, INC., JOSEPH TENNE, YEHUDI BRONICKI, YORAM BRONICKI, LUCIEN Y. BRONICKI, DAN FALK, JACOB J. WORENKLEIN, ROGER W. GALE, ROBERT F. CLARKE,<br><br>Defendants. | **CASE NO.:  3:10-CV-00156-ECR-RAM** |
| JOHN J. CURTIS, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ORMAT TECHNOLOGIES, INC., JOSEPH TENNE, YEHUDI BRONICKI,<br><br>Defendants. | **CASE NO.:  3:10-CV-00198-ECR-RAM** |

1    JOSEPH R. SEIDMAN, JR. hereby states under penalty of perjury:

2    I am a senior associate with the law firm of Bernstein Liebhard LLP.  I make

3 this Declaration in support of the accompanying Motion to Consolidate Related Cases,

4 Appoint Jianxun Dong, George Umino, and the A.R.D. Investment Club, L.P.

5 ("Movants") as Lead Plaintiffs, and approve their choice of counsel.  The matters set

6 forth herein are stated within my personal knowledge.

7

8    1.    Attached hereto are true and correct copies of the following documents:

9        a.    Exhibit A:    Movants' sworn Certifications;

10        b.    Exhibit B:    Chart evidencing Movants' losses;

11        c.    Exhibit C:    Press release;

12        d.    Exhibit D:    Firm resume for Bernstein Liebhard LLP; and

13        e.    Exhibit E:    Firm resume for Glancy Binkow & Goldberg, LLP;

14        f.    Exhibit F:    Firm resume for Law Offices of Mark Wray.

15    I declare under penalty of perjury that the foregoing is true and correct.

16

17 Executed this 10th day of May, 2010, at New York, New York.

18

19

20                /s/ JOSEPH R. SEIDMAN, JR.

21                _____

22                JOSEPH R. SEIDMAN, JR.

23

24

8985v1

CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served on May 10, 2010 via electronic mail pursuant to the CM/ECF system to each of the interested parties as follows:

Curtis B. Coulter
Irene@coulterlaw.com

Matthew B. Hippler
mhippler@hollandhart.com

David O'Mara
david@omaralaw.net

Bruce G. Vanyo
bruce@kattenlaw.com

Richard Zelichov
Richard.zelichov.@kattenlaw.com

Tamara Jankovic
tjankovic@hollandhart.com

/S/ MARK WRAY
_____
MARK WRAY

30548v1

4