```
 1
 2
 3
 4                    UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
 5                           RENO, NEVADA
 6
   WAYNE SZYMBORSKI, On Behalf of      )   3:10-CV-00132-ECR-RAM
 7 Himself and All Others Similarly    )
   Situated,                           )
 8                                     )
           Plaintiff,                  )   Order
 9                                     )
   vs.                                 )
10                                     )
   ORMAT TECHNOLOGIES, INC., YEHUDIT   )
11 BRONICKI, JOSEPH TENNE,             )
                                       )
12         Defendants.                 )
                                       )
13 ─────────────────────────────────── )   3:10-CV-00156-ECR-RAM
   PAUL STEBELTON, On Behalf of        )
14 Himself and All Others Similarly    )
   Situated,                           )
15                                     )
           Plaintiff,                  )
16                                     )
   vs.                                 )
17                                     )
   ORMAT TECHNOLOGIES, INC., JOSEPH    )
18 TENNE, YEHUDI BRONICKI, YORAM       )
   BRONICKI, LUCIEN Y. BRONICKI, DAN   )
19 FALK, JACOB J. WORENKLEIN, ROGER    )
   W. GALE, ROBERT F. CLARKE,          )
20                                     )
           Defendants.                 )
21 ─────────────────────────────────── )
                                       )   3:10-CV-00198-ECR-RAM
22 JOHN J. CURTIS, On Behalf of        )
   Himself and All Others Similarly    )
23 Situated,                           )
                                       )
24         Plaintiff,                  )
                                       )
25 vs.                                 )
                                       )
26 ORMAT TECHNOLOGIES, INC., JOSEPH    )
   TENNE, YEHUDIT BRONICKI,            )
27                                     )
           Defendants.                 )
28 ─────────────────────────────────── )
```

1   Plaintiffs' Motion to Certify Class (#76) is **DENIED** as moot. The Class will be certified as set forth in the Stipulation of Settlement (#97) filed by the parties on March 27, 2012 in our Order preliminarily approving the settlement.

DATED: March 30, 2012.

_____
UNITED STATES DISTRICT JUDGE

2